IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In the Matter Of: | Case No. 05-01832 (SEK) |
|---|---|
| **ELIAS LOPEZ RODRIGUEZ** | Chapter 13 |
| Debtor | |

**MOTION REQUESTING ENTRY OF ORDER OF DISMISSAL**

TO THE HONORABLE COURT:

COMES NOW creditor POPULAR FINANCE, through the undersigned attorney, and hereby states and prays as follows:

1. On May 15, 2006, 2006, appearing creditor filed a "Motion to Dismiss" based on debtor's failure to make payments to the Chapter 13 Trustee. See docket no. 12.

2. More than thirty (30) days have elapsed and debtor has failed to answer or oppose the request for dismissal.

3. Up to present, debtor has also failed to cure the arrears with the Chapter 13 Trustee. After reviewing the Chapter 13 home page, **debtor is $1,421.00 in arrears**.

**WHEREFORE**, for the reasons stated above, POPULAR FINANCE hereby respectfully requests that the Court enter an order dismissing the present case and enter any other order it may deem just.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been electronically filed today and will be electronically notified using the CM/ECF System to **Debtor's Attorney**, Juan O. Calderón Lithgow Esq.; **Chapter 13 Trustee,**

José R. Carrión Esq. and other parties in interest. Also, this document will be forwarded by regular mail to **Debtor**, Elías López Rodríguez, La Rosaleda, B-33 Calle 2, Vega Alta, PR 00692.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of June, 2006.

*S/ROSAMAR GARCIA-FONTAN*
U.S.D.C. 221004
Attorney for Popular Finance
Consumer Bankruptcy Division
PO Box 362708
San Juan, PR 00936-2708
Tel: (787) 753-7849
Fax: (787) 751-7827