IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ELIAS LOPEZ RODRIGUEZ

XXX-XX-0389

Debtor(s)

CASE NO. 05-01832 SEK
Chapter 13

FILED & ENTERED ON 6/27/2006

### O R D E R

For the reasons stated in POPULAR FINANCE's Motion to Dismiss filed on 5/15/06, which has not been opposed, this case is hereby dismissed. All pending matters are moot.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this June 27th , 2006.

SARA E. DE JESUS KELLOGG
U.S. Bankruptcy Judge

c:   ALL CREDITORS
     DEBTOR
     JUAN O. CALDERON LITHGOW
     JOSE RAMON CARRION MORALES