IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| ELIAS LOPEZ RODRIGUEZ | CASE NO. 05-01832 SEK<br>Chapter 13 |
| XXX-XX-0389 | |
| Debtor(s) | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

A hearing will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, Second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico on **02/08/2011 at 10:00 A.M.** to act upon the following matters:

**STATUS CONFERENCE**

San Juan, Puerto Rico, this December 28, 2010.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY: **CARMINA ROSADO LOZA**
**Deputy Clerk**

cc: All creditors