# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 05-01832 SEK** |
| **ELIAS LOPEZ RODRIGUEZ** | **Chapter 13** |
| **XXX-XX-0389** | |
| **Debtor(s)** | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

A hearing will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, Second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico on **02/08/2011 at 10:00 A.M.** to act upon the following matters:

**STATUS CONFERENCE**

San Juan, Puerto Rico, this December 28, 2010.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY: **CARMINA ROSADO LOZA**
**Deputy Clerk**

cc: All creditors

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: rosadoc              Page 1 of 1              Date Rcvd: Dec 28, 2010
Case: 05-01832                Form ID: pdf001            Total Noticed: 10
```

The following entities were noticed by first class mail on Dec 30, 2010.
```
db              ELIAS LOPEZ RODRIGUEZ,    LA ROSALEDA B33 CALLE 2,    VEGA ALTA, PR   00692
smg             DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR   00902-0192
smg             PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
                  SAN JUAN, PR   00918
cr             +POPULAR FINANCE,    YASMIN R VAZQUEZ,    PO BOX 366818,    SAN JUAN, PR 00936-6818
2124676        +COOP A/C VEGA ALTA,    PO BOX 1078,    VEGA ALTA PR 00692-1078
2176726         DEPARTMENT OF TREASURY,    PO BOX 9024140,    SAN JUAN PR 00902-4140
2124675         POPULAR FINANCE,    PO BOX 336090,    PONCE PR 00733-6090
2157532        +POPULAR FINANCE INC,    C/O CONSUMER SERVICES DIVISION,    PO BOX 363818,    SAN JUAN PR 00936
```

The following entities were noticed by electronic transmission on Dec 28, 2010.
```
smg            +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                          US TRUSTEE,    EDIFICIO OCHOA,
                  500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              COOP A/C VEGA ALTA
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2010**                    Signature:    *Joseph Speetjens*